**Opinion issued April 3, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00227-CR

———————————

## IN RE THE STATE OF TEXAS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On March 18, 2014, Relator, The State of Texas, filed a petition for writ of mandamus with this Court requesting a jury charge instruction be set aside.\* On March 19, 2014, Relator filed a motion to withdraw the petition for writ of mandamus. No prior opinion has been issued on Relator's petition for writ of mandamus.

---

\* The underlying case is *The State of Texas v. Sean Michael McGuire*, cause number 10-DCR-55,898, pending in the 240th Judicial District Court of Fort Bend County, Texas, the Honorable Donald Higginbotham presiding.

We grant the motion and dismiss the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).